UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Zora Labs, Inc., <br><br>                       Plaintiff, <br><br>       -against- <br><br> Deloitte Consulting, LLP, <br><br>                       Defendant. | 25-CV-4930 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

      The remote conference currently scheduled for June 26, 2025 is rescheduled to **Wednesday, July 9, 2025 at 3:30 PM**. The same dial-in information will be used.

      The Court notes that the parties apparently made little to no effort to discuss these matters prior to this case being filed. Deloitte says that its newly-released product isn't being offered to the public, is in the proof-of-concept and "beta" stage, and that only two companies use it other than itself. Zora's ask here is not for Deloitte to discontinue its product offering; just to consider changing its name. Perhaps there's another option that would satisfy both sides. And the parties have a prior relationship given that Zora Labs utilized Deloitte's tax services, so perhaps there's some goodwill there given that client relationship. The Court expresses no judgment at this time as to how the facts presented by the parties cash out in the TRO and preliminary-injunction analysis. But the parties should use the time between now and the hearing to see if there's a way to resolve this case short of full-scale litigation, including at least one in-person meeting between lead counsel and the principal decisionmaker for each side.

      SO ORDERED.

Dated: June 24, 2025
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge