UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Zora Labs, Inc., <br><br>                    Plaintiff, <br><br>       -against- <br><br> Deloitte Consulting, LLP, <br><br>                    Defendant. | 25-CV-4930 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

      The conference on July 9, 2025 will be held in-person in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. Principal decision-makers on both sides must attend.

      SO ORDERED.

Dated: July 7, 2025
       New York, New York

                                       ARUN SUBRAMANIAN
                                       United States District Judge