UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Zora Labs, Inc., <br><br>                    Plaintiff, <br><br>      -against- <br><br> Deloitte Consulting, LLP, <br><br>                   Defendant. | 25-CV-4930 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

     For the reasons stated at the conference on July 9, 2025, Deloitte is ordered to produce by **August 15, 2025** all communications (including emails, text messages, and Slack or other chat messages) relating to Zora AI that mentions Zora Labs.

     SO ORDERED.

Dated: July 21, 2025
       New York, New York

                                                             ARUN SUBRAMANIAN
                                                         United States District Judge