IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZORA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DELOITTE CONSULTING LLP, <br><br> Defendant. | Case No. 1:25-cv-04930-AS |

**NOTICE OF DELOITTE CONSULTING LLP'S MOTION
TO DISMISS COUNTS FOUR AND FIVE OF PLAINTIFF'S COMPLAINT**

PLEASE TAKE NOTICE that upon the instant Notice of Motion, together with the accompanying Memorandum of Law in Support of Defendant's Deloitte Consulting LLP's ("Deloitte") Motion to Dismiss Counts Four and Five of Plaintiff's Complaint, Deloitte hereby moves before the Honorable Arun Subramanian, of the United States District Court for the Southern District of New York, located at 500 Pearl Street, Courtroom 15A, New York, New York 10007, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing Counts Four and Five of Plaintiff Zora Labs, Inc.'s Complaint and granting any such other relief as is just and appropriate, on the grounds set forth in its contemporaneously filed Memorandum in Support of this Motion.

DENIED as moot. Plaintiff has filed an amended complaint, Dkt. 38, and defendant has filed a new motion to dismiss count 4 of that complaint. Dkt. 39.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 33.

SO ORDERED.

*/s/ Arun Subramanian*

Arun Subramanian, U.S.D.J.
Date: October 17, 2025

1

Dated: July 21, 2025 Respectfully submitted,

/s/ *Kristen McCallion*
Kristen McCallion
Jessica Cohen-Nowak
**FISH & RICHARDSON P.C.**
mccallion@fr.com
cohen-nowak@fr.com
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

*Attorneys for Defendant
Deloitte Consulting LLP*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-6.1 on **July 21, 2025**. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5.2.