UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Zora Labs, Inc.,

                              Plaintiff,

                -against-

Deloitte Consulting, LLP,

                              Defendant.

25-CV-4930 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

For the reasons set forth on the record at the April 21, 2026 hearing:

1. Plaintiff's motion for preservation order, Dkt. 51, is denied.

2. Any interrogatories that go beyond Local Rule 33.3(a) should be submitted to the Court for approval by the side who wants to issue them. With respect to timing, the interrogatories should be served by June 30, 2026.

3. As agreed by the parties, plaintiff will make a good faith settlement proposal within the next 10 business days, and defendant will make a good faith substantive counterproposal within 10 business days of that. Both sides' proposals should be made in good faith, to advance the termination of the litigation, and cognizant of the risks of litigation and the time and expense involved in litigating a federal case to final judgment, which may take several years.

4. With respect to the filings concerning civility, the Court suggests that lead counsel for both sides meet for coffee or lunch over the next 30 days to see if they can work out some of the issues discussed and cut through some of the more acrimonious aspects of this case.

The Clerk of Court is respectfully directed to terminate Dkts. 51 and 55.

SO ORDERED.

Dated: April 21, 2026
       New York, New York

_____
     ARUN SUBRAMANIAN
     United States District Judge