GRANTED. The parties should submit a status update letter by letter-motion on or before October 16, 2026.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 72.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: August 67, 2026

August 6, 2026

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re: *Zora Labs, Inc. v. Deloitte Consulting LLP*, No. 1:25-cv-4930-AS - Joint Letter-Motion to Temporarily Stay the Action Pending Settlement

Dear Judge Subramanian:

We write on behalf of Defendant Deloitte Consulting LLP ("Deloitte") jointly with Plaintiff Zora Labs, Inc. ("Zora Labs") to respectfully request that the Court stay this action for seventy-five (75) days so that the parties may devote their efforts to finalizing a potential resolution of this matter.

Consistent with Your Honor's encouragement that the parties pursue settlement and that counsel meet for coffee, as reflected in the Order following the April 21, 2026 hearing, Dkt. No. 65, the parties have actively discussed settlement terms and counsel met in person.

The parties respectfully submit that a brief stay of all deadlines would allow them to focus their resources on reaching a resolution and to avoid the expense and burden of continued litigation and discovery while they do so, thereby conserving both the parties' and the Court's resources. If the parties reach an agreement, the stay will allow them to document the settlement and file the appropriate stipulation of dismissal; if their efforts are unsuccessful, the parties will promptly resume litigation on a schedule to be proposed to the Court.

In accordance with Paragraph 3(E) of Your Honor's Individual Practices in Civil Cases, the parties state as follows:

1. **Original date(s):** The current case deadlines, as set forth in the Amended Civil Case Management Plan and Scheduling Order, Dkt. No. 56, are:

| | |
|---|---|
| Fact discovery cutoff | September 7, 2026 |
| Expert disclosures from party-proponent of a claim that intends to offer expert testimony in respect of such claim | October 21, 2026 |
| Expert disclosures from party-opponent of a claim that intends to offer expert testimony in opposition to such claim | November 20, 2026 |

| | |
|---|---|
| Reply in response to a rebuttal disclosure from party-proponent of a claim | December 18, 2026 |
| Expert discovery cutoff | January 26, 2027 |
| Dispositive motions | February 26, 2027 |

2. **Number of previous requests for adjournment or extension:** This present letter-motion is the first joint request for a schedule change affecting more than one deadline.

3. **Reasons for the requested stay:** The requested stay will allow the parties to focus on settlement, as described above.

4. **Whether the adversary consents:** Plaintiff joins in and consents to this request.

5. **Next scheduled appearance and other existing deadlines:** The next scheduled appearance before the Court is not set; the remaining case deadlines are those identified in Item 1 above.

Because the requested stay would affect the existing case deadlines, the parties propose that all current deadlines be held in abeyance during the stay.

The parties expect to use the stay to continue to exchange settlement proposals, engage in further direct communication about settlement, and may request the assistance of Magistrate Judge Netburn for a settlement conference. The parties further propose that they file a joint status report by Friday, October 16, 2026 (if the case is not settled before then), advising the Court of the status of their settlement efforts and proposing next steps, including a proposed amended case schedule if warranted.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Kristen McCallion*
Kristen McCallion
Jessica Cohen-Nowak
FISH & RICHARDSON P.C.
mccallion@fr.com
cohen-nowak@fr.com
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

*Attorneys for Defendant Deloitte Consulting LLP*

*/s/ Merri C. Moken*
Merri C. Moken
Zachary J. Bass
DAVIS WRIGHT TREMAINE LLP
merrimoken@dwt.com
zachbass@dwt.com
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020-1104
Telephone: (212) 603-6478
Facsimile: (212) 489-8340

*Attorneys for Complainant Zora Labs, Inc.*